1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT FOR THE
9                  EASTERN DISTRICT OF CALIFORNIA
10

11   UNITED STATES OF AMERICA,          )   02:06-CR-00083 EJG
                                        )
12              Plaintiff,              )    ORDER TRANSFERRING CASE TO
                                        )   FRESNO DIVISION PURSUANT TO LOCAL
13                                      )   RULE 3-120
            v.                          )
14                                      )
                                        )
15   FRANCISCO MARRERO FARIAS,          )
                                        )
16              Defendant.              )
                                        )
17   _____)

18          The United States of America, by and through McGregor W. Scott, United States Attorney,

19   and Kathleen A. Servatius, Assistant United States Attorney, having moved for the transfer of the

20   above-referenced case to the Fresno Division of District, and good cause appearing therefore as the

21   defendant is currently facing criminal charges there in the matter of United States v. Francisco

22   Farias, et. al., 1:04-CR-5185 OWW in the United States District Court for the Eastern of District of

23   California, Fresno Division;

24          IT HEREBY ORDERED that this case be transferred to the Fresno Division for further

25   proceedings.

26   Dated: March   23   , 2006              /s/ Edward J. Garcia
                                             Honorable Edward J. Garcia
27                                           United States District Judge

28

                                            1